USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-12-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA : **UNSEALING ORDER**

    -v- :

LUIS SOSA-URAGA, : 04 Cr. 826 (PKC)
    a/k/a "Juan Guitteres,"
    a/k/a "Juan Guiterres," :
    a/k/a "Luis Rey Sosa-Vraga,"
    a/k/a "Daniel Santos," :

              Defendant. :
- - - - - - - - - - - - - - - - -x

       Upon the application of Preet Bharara, United States Attorney for the Southern District of New York, by Assistant United States Attorney James J. Pastore, Jr., pursuant to the All Writs Act, Title 28, United States Code, Section 1651, indicating that the records pertaining to all sealed arrests and/or convictions of LUIS SOSA-URAGA, a/k/a "Juan Guitteres," a/k/a "Juan Guiterres," a/k/a "Luis Rey Sosa-Vraga, a/k/a "Daniel Santos," the defendant, DOB 8/25/1975, NYSID 08382171Q, are material and relevant to a prosecution being conducted by the United States Attorney's Office for the Southern District of New York ("Prosecution") of a violation of Title 8, United States Code, Sections 1326(a) and (b)(2), supported by the Affirmation of James J. Pastore, Jr.,

       IT IS HEREBY ORDERED, that, for the purposes of determining the Offense Level and Criminal History Category of LUIS SOSA-URAGA, the defendant, pursuant to the United States

Sentencing Guidelines (the "Guidelines"), to permit the Government to provide a letter to counsel for the defendant setting forth the position of the Office of the United States Attorney for the Southern District of New York regarding the application of the Guidelines to this case pursuant to the suggestion of the Court in United States v. Pimentel, 932 F.2d 1029, 1034 (2d Cir. 1991), and, as appropriate, so that the Government can provide the records to defense counsel and the Probation Office for the Southern District of New York, records within the possession of the New York City Police Department and the New York and Bronx County District Attorneys' Offices relating to any sealed arrests and/or convictions of LUIS SOSA-URAGA, the defendant, be unsealed and made available to the Office of the United States Attorney for the Southern District of New York.

SO ORDERED.

Dated: New York, New York
January __, 2010

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK